# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SCOTT WHITTINGTON,              )
                               )
              Plaintiff,        )
                               )
        v.                      )   Civil Case No.  07-2135 (RJL)
                               )
UNITED STATES,                  )
                               )
              Defendant.        )

## ORDER
(June 11 , 2012)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that the United States' Motion to Dismiss [Dkt. #27] is GRANTED; and it is further

**ORDERED** that the remaining counts of plaintiff's Amended Complaint [Dkt. #14] are DISMISSED.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge